Alan J. Lazarus (State Bar No. 129767)
alan.lazarus@dbr.com
Krista L. Cosner (State Bar No. 213338)
krista.cosner@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD T. HAMMER REPRESENTATIVE OF THE ESTATE OF RETHA M. SPAIN (DECEASED), <br><br>Plaintiff, <br><br>v. <br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION, <br><br>Defendants. | Case No. CV 08 3394<br><br>**DEMAND FOR JURY TRIAL** |

Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE hereby demands trial by jury in this action.

///

///

///

///

///

///

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
PHILADELPHIA

DEMAND FOR JURY TRIAL
SF01/ 597478.1

CASE NO.

1  Dated: July 14, 2008

DRINKER BIDDLE & REATH LLP

By: _____
Krista L. Cosner
Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
PHILADELPHIA

DEMAND FOR JURY TRIAL
SF01/597478.1

- 2 -

CASE NO.