Alan J. Lazarus (State Bar No. 129767)
alan.lazarus@dbr.com
Krista L. Cosner (State Bar No. 213338)
krista.cosner@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD T. HAMMER REPRESENTATIVE OF THE ESTATE OF RETHA M. SPAIN (DECEASED),<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION,<br><br>Defendants. | Case No. CV 08 3394<br><br>DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the ultimate parent corporation.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
SF01/597483.1

CASE NO.

| | | |
|---|---|---|
| 1 | Dated: July 14, 2008 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Krista L. Cosner |
| | | Attorneys for Defendant |
| 5 | | SMITHKLINE BEECHAM |
| | | CORPORATION d/b/a |
| 6 | | GLAXOSMITHKLINE |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS            - 2 -                    CASE NO.
SF01/ 597483.1