1  Alan J. Lazarus (State Bar No. 129767)
   alan.lazarus@dbr.com
2  Krista L. Cosner (State Bar No. 213338)
   krista.cosner@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION d/b/a
7  GLAXOSMITHKLINE

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  RONALD T. HAMMER                        Case No. CV 08 3394
13  REPRESENTATIVE OF THE ESTATE
    OF RETHA M. SPAIN (DECEASED),           DISCLOSURE STATEMENT OF
14                                          GLAXOSMITHKLINE [F.R.C.P. 7.1]
           Plaintiff,
15
         v.
16
    SMITHKLINE BEECHAM
17  CORPORATION d/b/a
    GLAXOSMITHKLINE and MCKESSON
18  CORPORATION,

19         Defendants.

20

21       The undersigned counsel of record for Defendant, SMITHKLINE BEECHAM

22  CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") furnishes the following in compliance

23  with Federal Rule of Civil Procedure 7.1

24       GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation,

25  through several levels of wholly owned subsidiaries, of defendant GSK.

26  ///

27  ///

28  ///

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
PHILADELPHIA

DISCLOSURE STATEMENT OF
GLAXOSMITHKLINE                                                              CASE NO.
SF01/ 597480.1

No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: July 14, 2008

DRINKER BIDDLE & REATH LLP

By: _____
Krista L. Cosner
Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
PHILADELPHIA

DISCLOSURE STATEMENT OF
GLAXOSMITHKLINE

SF01/ 597480.1

- 2 -