1  Alan J. Lazarus (State Bar No. 129767)
   alan.lazarus@dbr.com
2  Krista L. Cosner (State Bar No. 213338)
   krista.cosner@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street 20th Floor
4  San Francisco, CA 94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION d/b/a
7  GLAXOSMITHKLINE

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
   RONALD T. HAMMER               CV 08  Case No.  3394
13 REPRESENTATIVE OF THE ESTATE
   OF RETHA M. SPAIN (DECEASED),       **CERTIFICATE OF SERVICE**
14
                Plaintiff,
15
          v.
16
   SMITHKLINE BEECHAM
17 CORPORATION dba
   GLAXOSMITHKLINE and MCKESSON
18 CORPORATION,

19              Defendants.

20

21      I, LEE ANN L. ALLDRIDGE, declare that:

22      I am at least 18 years of age, and not a party to the above-entitled action. My business

23 address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-

24 7500.

25      On July 14, 2008, I caused to be served the following document(s):

26

27 1.      **CIVIL COVER SHEET;**

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
PHILADELPHIA

CERTIFICATE OF SERVICE
SF01/ 597612.1                                                      CASE NO.

2.    NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE;

3.    DECLARATION OF KRISTA L. COSNER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL, UNDER 28 U.S.C. § 1441(b) [DIVERSITY] and 28 U.S.C. § 1441(c) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE;

4.    DEMAND FOR JURY TRIAL;

5.    DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE [F.R.C.P. 7.1];

6.    DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]; and

7.    NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13].

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑    BY MAIL:  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐    BY PERSONAL SERVICE:  I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐    BY OVERNIGHT DELIVERY:  I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐    BY FACSIMILE:  I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

David C. Andersen
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone:  (540) 672-4224
Facsimile:   (540) 672-3055

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 14, 2008 at San Francisco, California.

LEE ANN L. ALLDRIDGE