1  Alan J. Lazarus (State Bar No. 129767)
   alan.lazarus@dbr.com
2  Krista L. Cosner (State Bar No. 213338)
   krista.cosner@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
7  GLAXOSMITHKLINE and McKESSON
   CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  RONALD T. HAMMER                          Case No.  CV-08-3394 WDB
    REPRESENTATIVE OF THE ESTATE
14  OF RETHA M. SPAIN (DECEASED),             **STIPULATION AND [PROPOSED]
                                              ORDER EXTENDING
15                Plaintiff,                  DEFENDANTS' TIME IN WHICH
                                              TO RESPOND TO COMPLAINT**
16        v.

17  SMITHKLINE BEECHAM
    CORPORATION d/b/a
18  GLAXOSMITHKLINE and McKESSON
    CORPORATION,
19
                  Defendants.
20

21

22        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the

23  time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a

24  GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson") (collectively

25  "Defendants") may move, answer, or otherwise respond to Plaintiff's Complaint shall be

26  governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing,*

27  *Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND
SF01/ 598267.1

CASE NO. CV-08-3394 WDB

1 Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

2 Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline already fixed by the Court require court approval. Although the parties believe this stipulation will have no such effect, to the extent that it does, the parties request that this Court approve the proposed order below, allowing the time frame for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint to be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

IT IS SO STIPULATED:

Dated: July 28, 2008                          DRINKER BIDDLE & REATH LLP

By: */S/ Krista L. Cosner*
    Krista L. Cosner
    Attorneys for Defendants
    SMITHKLINE BEECHAM
    CORPORATION d/b/a
    GLAXOSMITHKLINE and McKESSON
    CORPORATION

Dated: July 28, 2008                          THE MILLER FIRM, LLC

By: */S/ David Andersen*
    David Andersen
    Attorneys for Plaintiff
    RONALD T. HAMMER

Pursuant to stipulation, IT IS SO ORDERED:

Dated:

United States District Court, Northern
District of California

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND          - 2 -          CASE NO. CV-08-3394 WDB
SF01/ 598267.1