UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD T. HAMMER, | No. C 08-3394 WDB |
| Plaintiff, | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO REMAND |
| v. | |
| SMITHKLINE BEECHAM, et al. | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference and the hearing set for October 21, 2008, on Plaintiff's Motion to Remand are <u>continued</u> to November 12, 2008, at 3:00 p.m.   If before November 12, 2008, this action is transferred to the Eastern District of Pennsylvania pursuant to a Multidistrict Litigation Transfer Order, the Initial Case Management Conference and the hearing on Plaintiff's Motion will be vacated.

August 11, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
       Law Clerk/Deputy Clerk